# IN THE SUPREME COURT OF THE STATE OF NEVADA

EDWARD WHITE,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 84863

FILED

JUN 2 4 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DENYING PETITION

This is a pro se original petition for a writ of mandamus. Having considered the petition, we are not persuaded that our extraordinary intervention is warranted. *See* NRS 34.170; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 88 P.3d 840, 841 (2004) (noting that petitioner bears the burden of demonstrating that extraordinary relief is warranted). Petitioner has not provided this court with exhibits or other documentation that would support his claims for relief. *See* NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition").

Accordingly, we

ORDER the petition DENIED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Stiglich

22-20076

cc:     Edward White
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk